JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RAYMUNDO,<br><br>    Plaintiff,<br><br>    vs.<br><br>AMERICA'S WHOLESALE LENDER, BAC HOME LOANS SERVICING, COUNTRYWIDE HOME LOANS, RECONTRUST COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., and DOES 1-100, inclusive,<br><br>    Defendants. | Case No.: CV 10-9286 DSF (JCx)<br><br>JUDGMENT |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed and Plaintiff having failed to amend his complaint in the time allowed by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

2/4/11

Dated: _____

_____
Dale S. Fischer
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28